UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MARC AMOURI BAKAMBIA,<br><br>Plaintiff,<br><br>v.<br><br>GENET GHEBRE, PAUL SCHNELL, JEANNE ANDERSON, MIRANDA R. CERNEY, STEPHEN CRAANE, LOUIS SHICKER, LAWRENCE LORBRIECKI, KATHY REID, AMBER SWANSON, STEVE RENSTROM, WILLIAM BOLIN, ERIC HENNEN, MICHAEL WARNER, K. HAMMER, GARY, TONY, BESTGEN, OLIVERS, ANGELA GROOMS, CHRISTINE, CHRISTIAN DOBRATZ, DIRECTOR OF NURSING, and ASSOCIATE DIRECTOR OF NURSING,<br><br>Defendants. | Case No. 24-cv-3653 (LMP/DJF)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Dulce J. Foster, entered November 19, 2024. ECF No. 10. The R&R recommends that Plaintiff Marc Amouri Bakambia's claims against Defendant Lawrence Lorbriecki be dismissed without prejudice. *Id.* at 1, 3. Neither party objects to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews it for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

On October 8, 2024, Bakambia filed a letter requesting, among other things, that the Court "disregard" his claims against Dr. Lorbriecki. ECF No. 6 at 1. The R&R observes

that Bakambia "does not appear to seek any remedy tied to Dr. Lorbriecki" and thus concludes Dr. Lorbriecki should "be dismissed from this action" pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 10 at 1. The Court finds no error in the R&R and, in the absence of any objections, adopts the R&R in full.

## ORDER

Based on the foregoing, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 10) is **ADOPTED IN FULL**; and

2. All claims in the complaint (ECF No. 1) against Defendant Lawrence Lorbriecki are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 2, 2025  *s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge