UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MARC AMOURI BAKAMBIA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRIA HART,[1] *in her official capacity*; KATHY REID, *in her individual capacity*; CHRISTINE OBEREMBT, *in her individual and official capacities*; and MICHAEL OLIVERAS, *in his individual and official capacities*,<br><br>Defendants. | Case No. 24-cv-3653 (LMP/DJF)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Dulce J. Foster, entered on September 9, 2025. ECF No. 96. The R&R concludes that Plaintiff Marc Amouri Bakambia's motion (ECF No. 87) seeking (1) his immediate release from segregation in the prison facility where he is being detained, and (2) the expungement of the related disciplinary charges should be denied. *Id.* Bakambia did not file objections to the R&R, so the Court reviews it for clear error. *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam); Fed. R. Civ. P. 72(a). Having reviewed the R&R, the Court finds no error and adopts it in full.

---

[1] Alexandria Hart in her official capacity was substituted for Kathy Reid in her official capacity as a defendant on October 17, 2025. *See* ECF No. 106.

Accordingly, based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that:

1. The R&R (ECF No. 96) is **ADOPTED**; and

2. Bakambia's Motion for Emergency Injunction for Immediate Release of Mr. Bakambia from Segregation and Expunging Those False Disciplinary Charges (ECF No. 87) is **DENIED**.

Dated: November 3, 2025  *s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge