# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MARC AMOURI BAKAMBIA,

Plaintiff,

v.

ALEXANDRIA HART, *Dir. of Health Services at MCF-Stillwater (in her official capacity)*; MICHAEL OLIVERAS, *Property Officer at MCF-Stillwater (in his individual capacity)*; CHRISTINE OBEREMBT, *Medical Record Staff and Off-site Coordinator at MCF-Stillwater (in her official and individual capacities)*; TAMMY MAENKE, *Centurion Contracted Medical Scheduler (in their official and individual capacities)*; JILL CAIRNS, *Centurion Contracted Medical Scheduler (in their official and individual capacities)*; BETH GARNETT, *Centurion Contracted Medical Scheduler (in their official and individual capacities)*; and CENTURION,

Defendants.

Case No. 24-cv-3653 (LMP/DJF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the Report and Recommendation ("R&R") issued by United States Magistrate Judge Dulce J. Foster on June 26, 2026. ECF No. 223. The R&R recommends granting motions to dismiss filed by Defendants Tammy Maenke, Jill Cairns, Beth Garnett, and Centurion, and dismissing all claims raised against them by Plaintiff Marc Amouri Bakambia. *Id.* at 5; *see also* ECF Nos. 173, 184. Bakambia contacted the Court by phone on July 7, 2026, and stated that he did not intend to file objections to the R&R, and no objections have been filed by any other party. The Court

therefore reviews the R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Having reviewed the R&R, the Court finds no error.  Accordingly, based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that:

1.  The Report and Recommendation (ECF No. 223) is **ADOPTED**;

2.  Defendants Tammy Maenke's, Jill Cairns's, and Beth Garnett's Motion To Dismiss (ECF No. 173) is **GRANTED**;

3.  Defendants Tammy Maenke's, Jill Cairns's, Beth Garnett's, and Centurion's Amended Motion To Dismiss (ECF No. 184) is **GRANTED**; and

4.  All claims against Defendants Tammy Maenke, Jill Cairns, Beth Garnett, and Centurion are **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 20, 2026                                   *s/Laura M. Provinzino*
                                                      Laura M. Provinzino
                                                      United States District Judge

2